No. 25-1730

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

### PSEG RENEWABLE TRANSMISSION LLC,

*Appellee*,

**v.**

### ARENTZ FAMILY, LP, *et al.*,

*Appellants.*

_____

On Appeal from the United States District Court for the District of Maryland
(Adam B. Abelson, United States District Judge)

_____

## SUPPLEMENT TO MOTION TO EXPEDITE APPEAL AND
## MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL

_____

HARRIS W. EISENSTEIN
DAVID M. WYAND
LAUREN M. MCLARNEY
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
heisenstein@rosenbergmartin.com
dwyand@rosenbergmartin.com
lmclarney@rosenbergmartin.com
(410) 727-6600
(410) 727-1115 (facsimile)

*Attorneys for Appellants*

Pursuant to Fed. R. App. P. 27 and Local Rule 27, Appellants,[1] by and through their undersigned counsel, respectfully supplement the Motion to Expedite Appeal filed July 14, 2025 (Doc. 14-1) and Motion to Stay Preliminary Injunction Pending Appeal filed July 15, 2025 (Doc. 22-1). In both filings, Appellants predicted that Appellee PSEG Renewable Transmission LLC ("Appellee") would offer the Preliminary Injunction as "persuasive authority" in future litigation seeking access rights to property owned by the hundreds of landowners not named in this case. *See* Doc. 14-1 at 7; Doc. 22-1 at 12-13, 20. Appellants' prediction has proven true.

On July 15, 2025, Appellee filed a Petition for Injunctive Relief to Obtain Temporary Access to Subject Properties for Performing Non-Invasive Field Surveys Pursuant to Md. Code Ann., Real Property § 12-111 ("Petition") (**Exhibit 1**),

---

[1] The Appellants are Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh, Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood (collectively, "Appellants").

initiating the action captioned *PSEG Renewable Transmission LLC v. Alvi Properties, LLC, et al.*, Case No. 1:25-cv-02296-JKB (D. Md.). The Petition cites the interlocutory rulings on appeal in this case as grounds for entry of an "identical order" providing access to property owned by those named in the new action. *See* Petition at 76-77.

This new lawsuit is against an additional 201 landowners. Between the two lawsuits, Appellee has sued 318 landowners. This computes to 77.75% of all landowners within the right-of-way for Appellee's proposed 67-mile transmission line. *See* Doc. 14-1, Ex. 5 at F-3 ("Unique property owners within ROW (count) 409"); Doc. 22-1, Ex. 14 at F-3 (same). An additional 91 landowners have not been named in either lawsuit. More litigation will follow notwithstanding the pendency of this appeal.

For the foregoing reasons and those previously briefed, Appellants respectfully request that this Court stay the Preliminary Injunction and expedite this appeal to final resolution.

2

Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No.   20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Appellants*

3

## **CERTIFICATE OF COMPLIANCE**

1.      This supplement complies with the type volume limitations of Federal Rule of Appellate Procedure 27(d) and 32(c) because the supplement contains 474 words, excluding the parts of the supplement exempted by Rule 32(f).

2.      This supplement complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Rule 32(a)(6) because the supplement has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen point, Times New Roman.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2025, a copy of the foregoing Supplement to Motion to Expedite Appeal and Motion to Stay Preliminary Injunction Pending Appeal was served through the CM/ECF System on all counsel of record.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein

4