No. 25-1730

# United States Court of Appeals for the Fourth Circuit

**ARENTZ FAMILY, LP,** et al.,

*Appellants,*

v.

**PSEG RENEWABLE TRANSMISSION LLC,**

*Appellee.*

On Appeal from the United States District Court
for the District of Maryland
(Adam B. Abelson, District Judge)

## RESPONSE TO MOTION TO EXPEDITE APPEAL

Kurt J. Fischer
VENABLE LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
410-494-6200
KJFischer@Venable.com

J. Joseph Curran, III
Christopher S. Gunderson
Kenneth L. Thompson
Susan R. Schipper
Emily J. Wilson
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland, 21202
410-244-7400
JCurran@Venable.com
CSGunderson@Venable.com
KLThompson@Venable.com
SRSchipper@Venable.com
EJWilson@Venable.com

*Counsel for Appellee PSEG Renewable Transmission LLC*

Pursuant to the Court's July 15, 2025 Notice (Dkt. 21), Appellee PSEG Renewable Transmission LLC ("Appellee" or "the Company") hereby responds to Appellants' (the "Property Owners") Motion to Expedite Appeal (the "Motion") (Dkt. 14).

The Company takes no position on the proposed briefing schedule set forth in the Motion and agrees that this case should be considered as quickly as is convenient for the Court. *See* Dkt. 14-1 at 3. The Company, however, believes the Court should be apprised that, on July 15, 2025, the Company filed a second Petition for Injunctive Relief and Motion for Preliminary Injunction in the United States District Court for the District of Maryland, which is captioned as *PSEG Renewable Transmission LLC v. Alvi Properties, LLC*, Case No. 1:25-cv-02296-ABA ("*Alvi Properties*") and which seeks a right of entry to conduct surveys on additional properties. *Alvi Properties* is pending before Judge Adam B. Abelson, who also presided over the present case in the district court.

In *Alvi Properties*, the Company seeks a court order, pursuant to Md. Code Ann., Real Property ("RP") § 12-111 that allows it to enter onto 148 properties to perform land and environmental surveys required by a state agency, the Power Plant Research Program (the "PPRP"), in connection with the Company's pending application for a Certificate of Public Convenience and Necessity ("CPCN") before the Maryland Public Service Commission ("PSC") to construct a 500 KV electric

1

transmission line. The Company has filed a Motion for Preliminary Injunction seeking immediate access to these properties, and the district court has granted the Company's request for expedited consideration of the Motion, just as in the present case in the district court.

*Alvi Properties* thus presents identical legal issues as to the Company's authority under RP § 12-111(a) and seeks the same relief as that granted by the district court in the present case. Should the district court grant Appellee's Motion for Preliminary Injunction pending in *Alvi Properties* and respondents in that proceeding choose to appeal the district court's order, then consolidation of the present case and *Alvi Properties* may be appropriate in order to give these property owners an opportunity to be heard on the issues presented prior to this Court addressing them. The Property Owners' proposed briefing schedule would likely foreclose a meaningful opportunity for respondents in *Alvi Properties* to participate before this Court addresses the issues presented.

Date: July 18, 2025                                  Respectfully submitted,

                                                              */s/ Kurt J. Fischer*
                                                              Kurt J. Fischer
                                                              Venable LLP
                                                              210 W. Pennsylvania Avenue
                                                              Suite 500
                                                              Towson, MD 21204
                                                              (410) 494-6200
                                                              kjfischer@venable.com

J. Joseph Curran III
Christopher S. Gunderson
Kenneth L. Thompson
Susan R. Schipper
Emily J. Wilson
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF COMPLIANCE

1. This response complies with the type volume limitations of Federal Rules of Appellate Procedure 27(d) and 32(c) because the motion contains 393 words, excluding the parts of the motion exempted by Rule 32(f).

2. This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Rule 32(a)(6) because the response has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen point, Times New Roman.

*/s/ Emily J. Wilson*
Emily J. Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2025, a copy of the foregoing Response to Motion to Expedite Appeal was served through the CM/ECF System on all counsel of record.

*/s/ Emily J. Wilson*
Emily J. Wilson
