UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1730 - PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Appeal Nos. 25-2120 (PSEG Renewable Transmission, LLC v. Alvi Properties, LLC, et al.) and 26-1065 (PSEG Renewable Transmission, LLC v. JEC One, LLC, et al). Both appeals also concern a Preliminary Injunction entered in favor of the same Appellee and against similar situated Appellants. This Court previously entered Orders in Appeal Nos. 25-2120 and 26-1065 granting motions to hold both appeals in abeyance pending a decision in this appeal, PSEG Renewable Transmission, LLC v. Arentz Family, LP, et al., Appeal No. 25-1730.

Signature: /s/ Harris W. Eisenstein      Counsel for: Appellants

Date: 2/5/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**PSEG RENEWABLE TRANSMISSION LLC**

    *Appellee/Plaintiff,*

v.

**ARENTZ FAMILY, LP,** *et al.*

    *Appellants/Defendants*

**Appeal No: 25-1730**

## CONTINUATION SHEET
## FOR RESPONSE REQUESTED – SIMILAR CASES

I, Harris W. Eisenstein of Rosenberg Martin Greenberg, LLP, am counsel for the following Appellants: Arentz Family, LP, Barney's Farm, LLC, Charles William Bond, Morgan Davis Bond, Charlotte Ruth Bixler, Morris L. Bohlayer, Sharon A. Bohlayer, Gary J. Brockmeyer, Nancy M. Brockmeyer, Esther Johann Lentz-Buenger, Helen L. Bull, Chistopher D. Cockey, Carmen Cockey, Thomas B. Collins, Tracey W. Collins, Diane M. Cook, James R. Cook, Robert L. Donmoyer, Dorothy I. Donmoyer, Petrice Marie Donmoyer-Resh, Richard M. Doster, The Dug Hill Rod & Gun Club, Keith Emerson Ensor, Kevin Lee Ensor, Zhejun Fan, Joseph L. Gover, Raina C. Gover, HZ Properties, LLC, Bryan Hendrix, Connie Hendrix, Kimberly A. Johnston, Mohamad A. Kourani, Nada E. Kourani, Julia Lu, M & R, LLC, John D. Meader, Deborah H. Maeder, Nancy P. MacBride, Andrew D. McLean, Rebecca McLean, Carl E. Miller, Betty Lou Miller (Deceased), Catherine V. Miller, Kenneth

E. Miller, Fay Ann Miller, Wayne D. Miller, Benjamin Eugene Nusbaum, Kenneth Eugene Nusbaum, Chris N. Resh,  Rebecca Irene Scollan, Robert H. Stickles, Sr., Alene R. Stickles, Erich Charles Steiger, Troyer Farms, LLC, Troyer Real Estate, LLC, Matt Unkle, Tomi Unkle, Leslie Alfred White, Justin Wright, and Amy Gayle Youngblood.

February 5, 2026                    Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
Rosenberg Martin Greenberg, LLP
25 South Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com

*Attorneys for Appellants*

2